No. 2577.—EL PUEBLO, apdo., *v.* GARCÍA, aplte.—C. D. Humacao. Dic. 7, 1925. Violación. Confirmada la sentencia apelada por aparecer del récord que el acusado se declaró culpable en la corte inferior y no encontrarse en el caso base alguna para justificar una revocación o modificación.